UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MITSUBISHI HEAVY INDUSTRIES, LTD.,

    Plaintiff,

vs.

GENERAL ELECTRIC CO.,

    Defendant.

CASE NO.: 6:10-CV-812-ORL-28-KRS

### PLAINTIFF'S NOTICE OF COMPLIANCE WITH MAY 25, 2010 RELATED CASE ORDER AND TRACK TWO NOTICE

Plaintiff MITSUBISHI HEAVY INDUSTRIES, LTD. hereby gives notice of compliance with this Court's May 25, 2010 Related Case Order and Track Two Notice (Doc. 5) by serving said order on counsel for Defendant GENERAL ELECTRIC CO. by United States first class mail at the address listed below on June 16, 2010.

### Certificate of Service

I hereby certify that on June 16, 2010, I electronically filed the foregoing with the Clerk of the Court pursuant to Administrative Procedures for Electronic Filing in Civil and Criminal Cases of the Middle District of Florida by using the CM/ECF system, which will send a notice of electric filing to christine.deruelle@weil.com, and furnished a copy by U.S. Mail to the following:

P. Christine Deruelle
WEIL, GOTSHAL & MANGES, LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131

OF COUNSEL:

David J. Ball, Jr.
Anish Desai
WEIL, GOTHAL & MANGES, LLP
1300 Eye Street, NW, Suite 900
Washington, DC 20005

Nicholas Groombridge
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, New York 10153
email: nicholas.groombridge@weil.com

Carmen E. Bremer
WEIL, GOTSHAL & MANGES, LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
email: carmen.bremer@weil.com

ATTORNEYS FOR DEFENDANT,
GENERAL ELECTRIC COMPANY

/s/ Bruce B. Blackwell
Bruce B. Blackwell, Trial Counsel
Florida Bar No.:190808
David B. King
Florida Bar No.:093426
KING, BLACKWELL, DOWNS
   & ZEHNDER, P.A.
25 East Pine Street
Post Office Box 1631
Orlando, Florida 32802-1631
Telephone:   (407) 422-2472
Facsimile:   (407) 648-0161
Email:       bblackwell@kbdzlaw.com
Email:       dking@kbdzlaw.com

Of Counsel:
Morgan Chu
Gary Frischling
Kenneth Weatherwax
Flavio Rose
Elizabeth Iglesias
IRELL & MANELLA, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: gfrischling@irell.com
Email: eiglesias@irell.com

ATTORNEYS FOR PLAINTIFF,
MITSUBISHI HEAVY INDUSTRIES, LTD.