**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MITSUBISHI HEAVY INDUSTRIES, LTD.,**

        **Plaintiff,**

**-vs-**                                                   **Case No. 6:10-cv-812-Orl-28GJK**

**GENERAL ELECTRIC CO.,**

        **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's "Supplemental Opposition to Defendant's Motion for Summary Judgment of Non-Infringement in Light of the Court's July 5 *Markman* Order," which has been filed under seal. Defendant has filed an Opposition (Doc. 206) to Plaintiff's sealed filing, and Plaintiff has filed a "Sur-Reply" (Doc. 207).

On July 5, 2012, this Court entered Orders on both claim construction (Doc. 197) and summary judgment of non-infringement (Doc. 198).[1] In the "Supplemental Opposition" that is now before the Court,[2] Plaintiff asserts that the Court adopted claim constructions that were not identical to those proposed by either party and that the parties' summary judgment filings had not addressed the issue of non-infringement using the Court's constructions. Plaintiff argues that summary judgment of non-infringement is improper under the Court's

---

[1] The parties had filed their claim construction and summary judgment motions at the same time. (See Docs. 108, 109, 111, 112, & 113).

[2] At a status conference on July 6, 2012, the Court granted Plaintiff's request for permission to file a motion directed at the Court's July 5 rulings no later than July 30, 2012.

claim constructions. Defendant responds that the Court's claim constructions have only minor differences in wording from those proposed and that Plaintiff is in essence seeking reconsideration of the Court's non-infringement ruling without establishing a basis therefor. Defendant contends that Plaintiff is merely rehashing arguments previously made regarding non-infringement or raising new arguments that it could have made in its prior briefing.

Defendant's position is well-taken. Contrary to Plaintiff's assertions, the Court's claim constructions are consistent with those proposed and argued by the parties, and the parties' summary judgment filings addressed those proposed claim constructions. Plaintiff is asking this Court to reconsider its prior ruling of non-infringement, asserting arguments previously made or presenting arguments that it could have made in its initial summary judgment filings. Plaintiff has not presented a basis for reconsideration of the summary judgment ruling, and the Court's Order (Doc. 198) granting Defendant's motion for summary judgment of non-infringement will not be reconsidered or altered.

**DONE** and **ORDERED** in Orlando, Florida this 18th day of December, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record