NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MITSUBISHI HEAVY INDUSTRIES, LTD.,**
*Plaintiff-Appellant,*

v.

**GENERAL ELECTRIC COMPANY,**
*Defendant-Appellee.*

---

2013-1269

---

Appeal from the United States District Court for the Middle District of Florida in No. 10-CV-0812, Judge John Antoon, II.

---

**ON MOTION**

---

Before NEWMAN, DYK, and TARANTO, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Upon consideration of the parties' joint stipulation of dismissal pursuant to Federal Circuit Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

2           MITSUBISHI HEAVY INDUSTRIES v. GENERAL ELECTRIC COMPANY

1. The motion is granted, and the appeal is dismissed.

2. Each side shall bear its own costs.

FOR THE COURT

January 3, 2014          /s/ Daniel E. O'Toole
Date                  Daniel E. O'Toole
                          Clerk of Court

ISSUED AS A MANDATE: January 3, 2014